## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SAFETY-KLEEN SYSTEMS, INC.** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **BRIAN GABRIEL** | : | **NO. 02-2941** |

### O R D E R

**AND NOW,** this          day of November, 2002, **IT IS HEREBY ORDERED** that any outstanding discovery in connection with plaintiff's Motion for Preliminary Injunction shall be completed by December 5, 2002 and a hearing on said Motion will be held on December 9, 2002 at 2:00 p.m. in Courtroom 9-B, U.S. Courthouse, 601 Market Street, Philadelphia.

                                                        **BY THE COURT:**

                                                        _____

                                                        **JAY C. WALDMAN, J.**