IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**SAFETY-KLEEN SYSTEMS, INC.**     :     CIVIL ACTION
                                   :
       **v.**                       :
                                   :
**BRIAN GABRIEL**                  :     NO. 02-2941

### O R D E R

**AND NOW,** this           day of December, 2002, consistent with the advice of counsel for plaintiff by telefax of this date, **IT IS HEREBY ORDERED** that plaintiff's Motion for Preliminary Injunction (Doc. #2) is **DENIED** as moot; and, **IT IS FURTHER ORDERED** that defendant shall have until December 24, 2002 to file an answer to plaintiff's complaint in a manner consistent with Fed. R. Civ. P. 8(b) or other appropriate responsive pleading permitted by the Federal Rules of Civil Procedure, or by that date show cause why a judgment by default should not be entered against him.

                                                    **BY THE COURT:**

                                                  _____
                                                  **JAY C. WALDMAN, J.**